DAVID R. EBERHART (S.B. # 195474)
deberhart@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: +1 415 984 8700
Fax: +1 415 984 8701

*Attorney for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Mahon, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>Apple Inc., iTunes Store; Apple Distribution International Ltd.; and DOES 1-13,<br><br>        Defendants. | Case No. 4:20-cv-01534-KAW<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that attorney David R. Eberhart hereby enters his appearance as counsel for Defendant Apple Inc.

Appearing counsel request that all papers in this action be served upon the undersigned at the address below.

David R. Eberhart
deberhart@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: +1 415 984 8700
Fax: +1 415 984 8701

Dated: March 20, 2020

DAVID R. EBERHART
O'MELVENY & MYERS LLP

By: *s/David. R. Eberhart*
David R. Eberhart

Attorney for Defendant
Apple Inc.