1  DAVID R. EBERHART (S.B. # 195474)
   deberhart@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, CA 94111
   Telephone:   +1 415 984 8700
4  Fax: +1 415 984 8701

5  *Attorney for Defendant Apple Inc.*

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | Mark Mahon, an individual, | Case No. 4:20-cv-01534-KAW |

12 |          Plaintiff, | **STIPULATION EXTENDING DEFENDANT APPLE INC.'S TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(A)** |

13 | v. | |

14 | Apple Inc., iTunes Store; Apple Distribution International Ltd.; and DOES 1-13, | |

15 |          Defendants. | |

1  Pursuant to Civil Local Rule 6-1(a), Plaintiff Mark Mahon ("Plaintiff") and Defendant
2  Apple Inc. ("Apple") hereby stipulate as follows:
3  WHEREAS, Plaintiff filed a complaint in the above-captioned action on March 2, 2020
4  (the "Complaint");
5  WHEREAS, Apple was served with process on March 5, 2020;
6  WHEREAS, Plaintiff and Apple have conferred and agreed to extend the deadline by
7  which Apple shall be required to respond to the Complaint by fifteen (15) days;
8  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Apple, as
9  follows:
10  1.  Apple's response to the Complaint shall be due on or before April 10, 2020,
11  pursuant to Civil Local Rule 6-1(a).
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Dated: March 20, 2020

Respectfully submitted,

By: _____
David R. Eberhart

David R. Eberhart
deberhart@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:   +1 415 984 8700
Fax: +1 415 984 8701

*Attorney for Defendant Apple Inc.*

By: _____
Mark Mahon

Mark Mahon
movieman1000@live.com
Mariners Rest,
Mariners View Avenue,
Passage West,
Cork,
Ireland
Telephone: + 353 87 742 4444

*Plaintiff Pro Se*