1  Mark Mahon
2  movieman1000@live.com
   Mariners Rest,
3  Mariners View Avenue,
   Passage West,
4  Cork,
   Ireland
5  Tel: + 353 87 742 4444

6  *Plaintiff Pro Se*

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

| | |
|---|---|
| MARK MAHON, AN INDIVIDUAL, | CASE NO. 4:20-cv-01534-YGR |
| Plaintiff, | **SIGNATURE PAGE CORRECTION - DKT. NO. 136 at 31 [25].** |
| v. | |
| APPLE INC.; APPLE INC. D/B/A ITUNES; APPLE INC. D/B/A ITUNES STORE; APPLE DISTRIBUTION INTERNATIONAL LTD.; AND DOES 1 - 15, | |
| Defendants. | |
| | JUDGE: HON. YVONNE GONZALEZ ROGERS |

reckless behavior; and that Apple are separately are liable and responsible for contributory copyright infringement on a continuous infringement basis, or in the alternative, under the continuing violation doctrine.

Considering the prejudice Plaintiff has endured for the last fourteen years and still endures, Plaintiff prays this Court grants him the actual damages he requests in the TAC.

*Secondly*, any such other and further relief that the Court may deem just and proper.

Accordingly, Mark Mahon is entitled to summary judgment; or summary adjudication that Apple committed copyright infringement, if the Court is satisfied having considered the papers, pleadings, declarations attached including their exhibits, exhibits attached hereto and exhibits on record in this action that there is no genuine dispute of other material facts.

Dated: October 31, 2023

Respectfully submitted,

By: _____
Mark Mahon
movieman1000@live.com
Mariners Rest,
Mariners View Avenue,
Passage West,
Cork,
Ireland
Telephone: + 353 87 742 4444

*Plaintiff Pro Se*